1:26-mj-3151-RJS

# AFFIDAVIT OF PROBABLE CAUSE IN SUPPORT OF A SEARCH WARRANT
## UNITED STATES POSTAL INSPECTION SERVICE

I, JOSEPH A. HALUSKA, DO HEREBY DEPOSE AND SAY:

1. I am a United States Postal Inspector and have been so employed since June of 2026, presently assigned at the U.S. Postal Inspection Service (USPIS) Cleveland, Ohio Field Office to the Contraband Interdictions and Investigations Group, which strives to protect the U.S. Mail from dangerous drugs and illegal contraband, specifically illicit drugs and firearms. I have received training in the detection and investigation of drug trafficking. I have worked investigations involving the U.S. Mails since June of 2026, during which time I have been involved in several narcotics investigations. I am a graduate of the Criminal Investigator Training Program at the Brunswick, Georgia Federal Law Enforcement Training Center a course designed to train federal agents in all facets of criminal investigations regardless of scope or complexity. Prior to my service with the Postal Inspection Service, I was a Special Agent with the Naval Criminal Investigative Service and worked numerous Criminal Investigations since May of 2024. Prior to my federal service, I was a police officer with the Cleveland Metroparks Police Department and primarily worked in the downtown Cleveland Area. While serving as a police officer I responded to calls of various themes including narcotics trafficking, and other violent crimes.

2. Because this affidavit is submitted for the limited purpose of supporting a search warrant, I have not included each and every fact known concerning this investigation. I have set forth only the facts I believe necessary to establish probable cause that the below referenced U.S. Postal Service (USPS) parcels contain a controlled substance.

3. On August 12, 2026, while reviewing Postal Service electronic databases in the Northern District of Ohio, U.S. Postal Inspection Service personnel identified U.S. Postal Service Priority parcel bearing tracking no. 9505 5156 3772 6222 9791 52 addressed to Daniel Wilson 4951 Mead Ave Cleveland, OH 44127 bearing return address Cristan B. 1255 Burnside Ave Los Angeles, CA 90019 as a suspected drug parcel based on several factors including but not limited to origin, method of mailing, and size.

4. Your affiant made inquiries with CLEAR, an electronic database that has proven reliable in previous investigations in determining the legitimacy of name, address, and phone number information. Concerning the sender's address of 1255 Burnside Ave Los Angeles, CA 90019 your affiant made inquiries with CLEAR and was not able to associate the name, "Cristan B.", at the address. Your affiant made inquiries in CLEAR and was not able to associate the listed recipient, Daniel Wilson, at 4951 Mead Ave Cleveland, OH 44127.

5. On August 12, 2026, your Affiant intercepted the subject parcel in the Northern District of Ohio. The subject parcel is further described as a white USPS Priority Mail Medium Flat Rate Box, weighing approximately 9 pounds 8.16 ounces, measuring 11.25" x 8.75" x 6" and bore $24.80 in U.S. Postage. The subject parcel was sent from Los Angeles, CA 90016

Post Office on August 10, 2026.

6. On August 12, 2026, the subject parcel was placed into a lineup containing several blank parcels which emanated no narcotics odors. Narcotic detection canine “Atilla”, handled by Detective Michael Twombly of the Cuyahoga County Sheriff’s Office was allowed to examine the lineup. According to Detective Twombly, Atilla gave a positive alert to the subject parcel and did not give a positive alert on the blank parcels. According to Detective Twombly, this positive alert meant Atilla detected the odor of an illegal drug emanating from the parcel.

7. Your Affiant knows based on his training and experience that individuals who regularly handle controlled substances often leave the scent of controlled substances, which narcotic canines are trained to indicate alert, on the box, contents of the box, and/or other packaging material they handle.

8. Canine Atilla has been trained to detect the presence of the odors of the following controlled substances: marijuana, cocaine, heroin, methamphetamine (“crystal meth”), and/or their derivatives. Prior to handling canine Atilla, Detective Twombly handled canine Ciga for 9 years, and he and canine Ciga completed 80 hours of a state-certified training program at Shallow Creek Kennels in Sharpsville, Pennsylvania under Certified Trainer John Brannon of the NAAPWDA, a nationally organized police work dog association that provides training for dogs and handlers. Detective Twombly has been trained how to handle a detector canine and read his alerts.

9. Detective Twombly has been state certified as a narcotics canine handler since 2005, and he and narcotics canine Atilla have worked together since July 2022. Detective Twombly and canine Atilla completed 240 hours of a state-certified training program at Excel K-9 Services, Inc., in Hiram, Ohio, under Certified Master Trainer Paul Shaughnessy of the North American Police Work Dog Association (NAPWDA), a nationally organized police work dog association which provides training for dogs and handlers. Detective Twombly and canine Atilla were both certified in March 2026 by the Ohio Peace Officers Training Academy (OPOTA) and the North American Police Work Dog Association (NAPWDA) in March 2026. According to Detective Twombly, Atilla is a reliable K-9 assist unit.

10. Your Affiant knows based on training that California is a common origination area for controlled substances sent through the U.S. Mail with the Northern Ohio area being a common destination point for controlled substances sent through the U.S. Mail.

11. Based on the information contained herein, your Affiant maintains there will be probable cause to believe that U.S. Postal Service Priority parcel bearing tracking no U.S. Postal Service Priority parcel bearing tracking no. 9505 5156 3772 6222 9791 52 addressed to Daniel Wilson 4951 Mead Ave Cleveland, OH 44127 bearing return address Cristan B. 1255 Burnside Ave Los Angeles, CA 90019 contains controlled substances, and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1).

Joseph A Haluska
JOSEPH A. HALUSKA
U.S. POSTAL INSPECTOR

On August 13, 2026, this affidavit was sworn to by the affiant, who did no more than attest to its contents pursuant to Crim. R. 4.1 (b)(2)(A), by telephone after a document was transmitted by email, per Crim R. 4.1

REUBEN J. SHEPERD
U. S. MAGISTRATE JUDGE